IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MINNESOTA

| | |
|---|---|
| NATCO PHARMA LIMITED, | ) |
| | ) |
|    Applicant, | ) Civil Action File No. 20-mc-70 |
| | ) |
| v. | ) |
| | ) |
| DIGITALOCEAN, LLC | ) |
| | ) |
|    Respondent. | ) |
| | ) |
| | ) |

## REQUEST TO REVISE SUBPOENA

Applicant Natco Pharma Limited (hereinafter "Natco"), respectfully requests that the Clerk issue a Revised Subpoena Duces Tecum to Respondent DigitalOcean, LLC in the form attached as Exhibit A, and respectfully states facts in support of such revision as follows:

1. On October 5, 2020 Natco filed a Request for Identity of Infringers pursuant to 17 U.S.C. § 512. (Dkt. No. 1.) The Clerk of Court duly issued the subpoena on October 6, 2020.

2. On October 14, 2020 Natco served the subpoena on DigitalOcean, LLC.

3. DigitalOcean, LLC responded stating that it did not have the requested information related to a person or persons who posted the content identified in the subpoena.

4. Natco, through its counsel, has worked with the FBI to gather further information in connection with this matter.

5. In communications with DigitalOcean and the FBI, Natco has learned that the servers associated with the IP addresses 139.59.25.86 and

1

      139.59.17.146, which are the servers set forth in Natco's original subpoena, were leased in connection with a virtual private network, or "VPN."

6.     DigitalOcean, LLC has refused to provide the name and contact information for the person or entity that leased the servers associated with the at-issue IP addresses until the subpoena is revised to specifically request such information.

7.     Natco, therefore, requests that the Court permit it to serve a revised subpoena that specifically requests information regarding who leased the servers associated with the identified VPN at the specific times the servers were used.

For the aforementioned reasons, Applicant Natco requests the Clerk of this Court to issue a Revised Subpoena to Respondent DigitalOcean, LLC in the form attached as Exhibit A.

Respectfully submitted this 3rd day of December 2020.

                              /s/William Schultz
                              Christopher Sorenson
                              William Schultz
                              MERCHANT & GOULD P.C.
                              150 South Fifth Street
                              Suite 2200
                              Minneapolis, MN 55402
                              Email: csorenson@merhantgould.com
                                         wschultz@merchantgould.com
                              Main Telephone: (612) 332-5300
                              Main Facsimile: (612) 332-9081